UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                       CASE NO. 3:92cr3008LAC

SANTIAGO PREVAL PLANAS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on __October 11, 2005__
Motion/Pleadings: __MOTION FOR POST TRIAL RELIEF PURSUANT TO TITLE 18 U.S.C. 3582 TO MODIFY SENTENCING ORDER AND TO PROVIDE AN UPDATED PRESENTENCE INVESTIGATION REPORT__
Filed by __DEFENDANT PRO SE__ on __9/27/05__ Doc.# __744__
RESPONSES:

                                           on _____ Doc.# _____
                                           on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy

LC (1 OR 2)                 Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 19th day of October, 2005, that:*
*(a) The relief requested is **DENIED**.*
*(b) Booker and FanFan are not retroactive.*

                                                        s/*L.A. Collier*
                                                          **LACEY A. COLLIER**
                                                     *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.