**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                            CASE NO. 3:92cr3008-006LAC

SANTIAGO PREVAL PLANAS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   FEBRUARY 8, 2008

Motion/Pleadings: REQUEST FOR APPOINTED COUNSEL and REQUEST TO PROCEED (with Motion to Reduce Sentence re Retroactive Application of Sentencing Guidelines to Crack Offense 18 USC 3582)

Filed by DEFENDANT PRO SE     on 2/8/08     Doc.# 788

RESPONSES:

                                             on             Doc.#
                                             on             Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                       Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 20th day of March, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) No right to an attorney under 17 U.S.C. §3582(c)(2).*

                                                        *s/L.A. Collier*
                                                        ***LACEY A. COLLIER***
                                ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.