UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:92cr3008 LAC

SANTIAGO PREVAL PLANAS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on _____JULY 2, 2008_____
Motion/Pleadings: __MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)__
Filed by __DEFENDANT PRO SE__ on __6/30/2008__ Doc.# __807__

RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of July, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b) _____*

s/L.A. Collier
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.