✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Santiago Preval Planas | )   Case No:   3:92cr3008-06/LAC |
| | )   USM No:   02817-017 |
| Date of Previous Judgment:        20 March 2008 | ) |
| (Use Date of Last Amended Judgment if Applicable) | )   Defendant's Attorney |

**Amended Order Regarding Motion for Sentence Reduction**

Upon motion of   ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the court
for a  reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant
to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.      ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in
the last judgment issued) of ____324____ months **is reduced to** ____292____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level:          41              Amended Offense Level:          40
Criminal History Category:        I              Criminal History Category:        I
Previous Guideline Range:   324  to  405  months        Amended Guideline Range:   292  to  365  months

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
amended guideline range.

☐ Other (explain):

## III.  ADDITIONAL COMMENTS

The Court has determined that defendant was not previously considered for relief pursuant to Amendment 591 to
the Sentencing Guidelines.  Amendment 591 became effective 1 November 2000 and was made retroactive (Amendment
706) pursuant to §1B1.1(c).  Application of this Amendment results in a reduction of his offense level by one point to 40.

Except as provided above, all provisions of the judgment dated ____20 March 2008____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:        9 July 2008                              s/L.A. Collier
                                                              Judge's signature

Effective Date: _____        Lacey A. Collier, Senior U.S. District Judge
              (if different from order date)                    Printed  name  and title